# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ARCHIE F. EDWARDS**                                                                                     **PETITIONER**
**ADC #78661**

**VS.**            **CASE NO.: 5:12CV00201-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                   **RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent Ray Hobbs.  Mr. Edwards's 28 U.S.C. § 2254 petition for writ of habeas corpus is dismissed, with prejudice.

DATED this 29th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE